DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 252P14 | State v. Thomas Craig Campbell | 1. State's Motion for Temporary Stay (COA13-1404) | 1. Allowed **07/21/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 253P14 | State v. Lonnie Bernard Davis | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 256P14 | State v. Kenneth Myles Lewis, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-905) | Denied |
| 259P14 | State v. Marlon Curtis McKenzie | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1366) | Denied **Hunter, J., recused** |
| 262P14 | State v. Kyle Wesley Wood | Def's PDR Under N.C.G.S. § 7A-31 (COA14-154) | Denied |
| 263P14 | State v. Shawn Carlos Godley | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1337) | Denied |
| 265P14 | Weaver Investment Company and Travel Camps, Inc., on their own behalf and on behalf of Fourth Creek Landing Housing Limited Partnership and Fourth Creek Landing Associates v. Pressly Development Associates, Pressly Development Company, Inc., David L. Pressly, and Edwin A. Pressly | Def's PDR Under N.C.G.S. § 7A-31 (COA13-624) | Denied |